Spring 1812.
I. District.

Of this opinion was *the Court.*

---

## *CHABAUD* vs. *GODWIN.*

Appellee must confine himself to the general answer, unless he have leave.

*By the Court.* The appellee, in answering the petition for the appeal, cannot insert any new matter, much less annex any document, and entitle himself to read it, without leave of the Court—but must confine himself to the general answer, to wit, that there is no error, &c.

*Hennen*, for the plaintiff.

*Depeyster*, for defendant.